No. 90–8472.  COLEMAN v. UNITED STATES.  C. A. D. C. Cir. Certiorari denied.

No. 90–8473.  FOORE v. MARRA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–8474.  STEIDL v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 90–8476.  CARSON v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 90–8477.  BLAGMOND v. MURPHY ET AL.  C. A. 4th Cir. Certiorari denied.

No. 90–8478.  BOYD v. COOLEY ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–8479.  DERRICK v. PETERSON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION.  C. A. 9th Cir.  Certiorari denied.

No. 90–8480.  EBKER v. TAN JAY INTERNATIONAL ET AL. C. A. 2d Cir.  Certiorari denied.

No. 90–8481.  ADESANYA v. THORNBURGH, ATTORNEY GENERAL.  C. A. 9th Cir.  Certiorari denied.

No. 90–8482.  STEWART v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 90–8483.  LLOYD-EL ET AL. v. MEYER.  C. A. 7th Cir.  Certiorari denied.

No. 90–8484.  HERRERA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–8485.  MONROE v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 90–8486.  LOPEZ v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.